UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CECI AYALA-BLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 1:23-cv-03650<br><br>Judge: Hon. Martha M. Pacold |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO RULE 41(a)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ceci Ayala-Bland, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Walmart, Inc. with prejudice. Each party shall bear its own costs.

Dated: August 3, 2023

Respectfully submitted,

By: _/s/ Carl V. Malmstrom_

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (212) 686-0114
Email: malmstrom@whafh.com

*Local Counsel for Plaintiff*